PFE/BTB: June 2025
BHM GJ # 13

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| **ISAIAH KE'JUAN MERRITT** | ) |

## INDICTMENT

### COUNT ONE:
*Possession with Intent to Distribute Methamphetamine*
**[21 U.S.C. § 841(a)(1) and (b)(1)(A)]**

The Grand Jury charges that:

On or about the 16th day of August 2024, in Talladega County, within the Northern District of Alabama, the defendant,

**ISAIAH KE'JUAN MERRITT,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, such offense involving fifty (50) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## **NOTICE OF FORFEITURE**
**[21 U.S.C. § 853]**

1. The allegation contained in Count One this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, ISAIAH KE'JUAN MERRITT, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, specifically a F.I.E. Titan .25 caliber pistol.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

*/s/ Electronic Signature*_____
FOREPERSON OF THE GRAND JURY

                                                     PRIM F. ESCALONA
                                                     United States Attorney

                                                   */s/ Electronic Signature*_____
                                                   BRITTANY T. BYRD
                                                   Assistant United States Attorney